**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 784 MAL 2015
                         :
            Respondent          :
                         :   Petition for Allowance of Appeal from
                         :   the Order of the Superior Court
           v.                 :
                         :
                         :
KATHY JO BELL,                  :
                         :
           Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.